# IN THE SUPREME COURT OF THE STATE OF NEVADA

DENNIS J. HUELBIG, JR.,
              Appellant,

vs.

LYNN CAROL RIZZO,
              Respondent.

No. 78766

**FILED**

JUN 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an oral district court minute order denying a motion in abatement. Eighth Judicial District Court, Family Court Division, Clark County; Denise L. Gentile, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The district court's oral order is of no effect and cannot be appealed. *See State, Div. Child & Family Servs. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective."). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-26273

cc: Hon. Denise L. Gentile, District Judge, Family Court Division
Dennis J. Huelbig, Jr.
Lynn Carol Rizzo
Eighth District Court Clerk